T. C. DAVIDSON V. THE STATE.

No. 9906.   Delivered February 24, 1926.

**Possessing Marsh—Evidence—Held, Sufficient.**

No bill of exception and no statement of facts, and a transcript disclosing that appellant plead guilty, appears in the record, and the judgment is therefore affirmed.

Appeal from the District ourt of Robertson County.   Tried below before the Hon. W. C. Davis, Judge.

Appeal from a conviction for possessing mash for the purpose of manufacturing intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

Conviction is for possessing mash for the purpose of manufacturing intoxicating liquor. Punishment is one year in the penitentiary.

Notwithstanding appellant entered his plea of guilty upon which he was awarded the lowest penalty he now brings his case before this court upon a record without a single bill of exception and with no statement of facts.

Nothing is before us for review.   The judgment is affirmed.
*Affirmed.*